UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMAR POWELL,

                Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY POLICE; UNITED STATES OF AMERICA,

                Defendants.

23-CV-10523 (LTS)

CIVIL JUDGMENT

---

       By order dated January 8, 2024, the Court dismissed the complaint under the doctrine of sovereign immunity and for failure to state a claim but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 4.) On February 12, 2024, that order was returned to the court as undeliverable because the address did not include Plaintiff's apartment number. By order dated February 15, 2024, the Court directed that the Clerk of Court remail the order to Plaintiff's correct address and granted him an additional 30 days' leave to file an amended complaint. (ECF 5.) Plaintiff has not filed an amended complaint.

       Accordingly, pursuant to the order issued January 8, 2024, dismissing the complaint,

       IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the Court's January 8, 2024 order.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's January 8, 2024 order and this judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 16, 2024
          New York, New York

                                       /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge